U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 23, 2023

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:   *Estrella v. United States of America*, No. 21 Civ. 11128 (SDA)

Dear Judge Gorenstein:

      This Office represents defendant the United States of America ("United States") in the above-referenced action brought pursuant to the Federal Tort Claims Act. On April 20, 2023, Magistrate Judge Aaron referred the case to Your Honor for a settlement conference (ECF No. 37), and the conference is currently scheduled for May 8, 2023 (ECF No. 36). In accordance with Paragraph 8 of the Standing Order Applicable to Settlement Conferences Before Judge Gorenstein ("Standing Order"), I write on behalf of both parties to respectfully request a new date for the settlement conference. As directed by the Standing Order (ECF No. 36, ¶ 8), I contacted Chambers regarding an alternative date, and the parties understand that the Court is available for this conference on June 14, 2023, at 10 am. The parties respectfully request an adjournment of the settlement conference from May 8, 2023 to June 14, 2023, at 10 am.

      In addition, the United States respectfully requests that the Court modify its attendance requirements for the conference with respect to the government. The Standing Order requires that any party that is not a natural person must "send to the conference the person ultimately responsible . . . for giving settlement authority, not someone who has received authority from someone else." (ECF No. 36, ¶ 6.) In this case, the United States proposes that I attend the conference in person with the requisite authority to determine the amount of any settlement up to a previously authorized dollar amount, with the Chief of the Civil Division in this Office available by telephone as necessary. Plaintiff consents to this arrangement.

      I thank the Court for its consideration of these matters.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York

By:    _/s/ Mollie Kornreich_____
        MOLLIE KORNREICH
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel.: (212) 637-3274
        Email: mollie.kornreich@usdoj.gov

cc:    Plaintiff's counsel (by ECF)

Application granted. Because the conference date is adjourned to June 14, 2023, at 10:00 a.m., submissions are due June 8, 2023.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 24, 2023